NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT J. MAY,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7049

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2117, Judge Coral W. Pietsch.

---

**ON MOTION**

---

**O R D E R**

Robert J. May moves for reconsideration of this court's May 30, 2013 order dismissing his appeal and for leave to file his accompanying formal brief with appendices out of time.

Upon consideration thereof,

ROBERT MAY V. SHINSEKI                                                    2

IT IS ORDERED THAT:

(1)  The court's May 30 2013 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2)  The motion for leave to file the appellant's opening brief with appendices out of time is granted.  The brief is accepted for filing.

(3)  The appellee should calculate the due date for his response brief from the date of filing of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21